

**United States Department of State**

*Washington, D.C.   20520*

October 7, 2019

Ms. Angel D. Caesar
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

> **Re: Robert C. Allan, et al. v. Islamic Republic of Iran, 1:17-cv-00338 (RJL)**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Clerk's Entry of Default, Order, Judgment in a Civil Action, Memorandum Opinion, and Notice of Default Judgment to the Islamic Republic of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs.  The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1072-IE dated September 2, 2019 and delivered on September 4, 2019.  A certified copy of the diplomatic note is enclosed.

Sincerely,

Jared N. Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

Cc:   Mark Bravin
      MITCHELL SILBERBERG & KNUPP LLP
      1818 N. St. NW, 8th Floor
      Washington, DC 20036-2406